# EXHIBIT 2



Search for Cases by: Select Search Method... ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff WARBURTON01

## 22BA-CV01701-01 - THE CURATORS OF TH ET AL V CORIZON HEALTH, IN ET A (E-CASE)

| FV | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to QuickFile on behalf of the Selected Party.**

○ **THE CURATORS OF THE U OF MO ,**
**Plaintiff**
SRV: THE CURATORS OF THE
UNIV
316 UNIVERSITY HALL
COLUMBIA, MO 65211
**Business:** (573) 882-3211

represented by

**STUEVE , PATRICK JOSEPH , Attorney for Plaintiff**

460 NICHOLS RD, SUITE 200
KANSAS CITY, MO 64112

co-counsel

**LANGE , ETHAN MICHAEL , Attorney for Plaintiff**
12110 EAST 203RD STREET
RAYMORE, MO 64083

co-counsel

**KANE , JORDAN A , Attorney for Plaintiff**
550 STONERIDGE DRIVE APT G212
LAWRENCE, KS 66049

○ **CAPITAL REGION MEDICAL**
**CENTER , Plaintiff**

1125 MADISON ST.
JEFFERSON CITY, MO 65101

represented by

**STUEVE , PATRICK JOSEPH , Attorney for Plaintiff**

460 NICHOLS RD, SUITE 200
KANSAS CITY, MO 64112

co-counsel

**LANGE , ETHAN MICHAEL , Attorney for Plaintiff**
12110 EAST 203RD STREET
RAYMORE, MO 64083

co-counsel

**KANE , JORDAN A , Attorney for Plaintiff**
550 STONERIDGE DRIVE APT G212
LAWRENCE, KS 66049

○ **CORIZON HEALTH INC- CT CORP ,**
**Defendant**

120 S CENTRAL AVE
CLAYTON, MO 63105

represented by

**WARBURTON , REED THOMAS , Attorney for Defendant**

1819 5TH AVE NORTH
BIRMINGHAM, AL 35203

○ **CORIZON, LLC , Defendant**

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

represented by

**WARBURTON , REED THOMAS , Attorney for Defendant**

1819 5TH AVE NORTH
BIRMINGHAM, AL 35203

○ **CHS TX, INC , Defendant**

CT CORPORATION SYSTEM
120 S CENTRAL AVE

represented by

**CANTWELL , PHILIP ALLEN , Attorney for Defendant**

7676 FORSYTH BLVD
STE 1900

CLAYTON, MO 63105                                                ST. LOUIS, MO 63105
                                                        **Business:** (314) 889-7300


                              co-counsel          **PARKINSON , ROBYN LANE , Co-Counsel**

                                                  7676 FORSYTH BLVD
                                                  STE 1900
                                                  ST. LOUIS, MO 63105
                                                  **Business:** (314) 889-7300


○ **YESCARE CORP , Defendant**       represented by    **CANTWELL , PHILIP ALLEN , Attorney for Defendant**

                                                  7676 FORSYTH BLVD
R/A SARA TIRSCHWELL                               STE 1900
3411 YOAKUM BLVD 32901                             ST. LOUIS, MO 63105
HOUSTON, TX 77006                                  **Business:** (314) 889-7300


                              co-counsel          **PARKINSON , ROBYN LANE , Co-Counsel**

                                                  7676 FORSYTH BLVD
                                                  STE 1900
                                                  ST. LOUIS, MO 63105
                                                  **Business:** (314) 889-7300

---

Case.net Version 5.14.61                    Return to Top of Page                    Released 12/22/2022



**Your Missouri Courts**                                               ase.net

Search for Cases by: | Select Search Method... ▼ |

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff WARBURTON01

| 22BA-CV01701-01 - THE CURATORS OF TH ET AL V CORIZON HEALTH, IN ET A (E-CASE) |

| FV | Case Header/Review | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ○ Descending   Display Options: | All Entries ▼ |
⦿ Ascending

---

**09/15/2022**  ☐ **Judge Assigned**

☐ **Reopen From Mandate**
U.S District Court Opinion/Mandate (tk)

☐ **Filing:**
Case Information (tk)

**09/26/2022**  ☐ **Cert Serv Answers Interrog Fil**
Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** PATRICK JOSEPH STUEVE
  **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**10/07/2022**  ☐ **Filing:**
Plaintiffs Rule 55.34 List of Documents to be Included with State Court File; Ex. 1; Ex. 2; Ex. 3; Ex. 4; Ex. 5; Ex. 6; Ex. 7; Ex. 8; Ex. 9; Ex. 10; Ex. 11; Ex. 12; Ex. 13; Ex. 14; Ex. 15; Ex. 16; Ex. 17; Electronic Filing Certificate of Service.
  **Filed By:** PATRICK JOSEPH STUEVE
  **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Motion for Leave**
Plaintiffs Motion for Leave to File Amended Petition; Exhibit A - First Amended Petition; Exhibit 1 to Exhibit A - First Amended Petition; Exhibit 2 to Exhibit A - First Amended Petition; Exhibit 3 to Exhibit A - First Amended Petition; Exhibit 4 to Exhibit A - First Amended Petition; Exhibit 5 to Exhibit A - First Amended Petition; Exhibit 6 to Exhibit A - First Amended Petition; Exhibit 7 to Exhibit A - First Amended Petition; Exhibit 8 to Exhibit A - First Amended Petition; Exhibit 9 to Exhibit A - First Amended Petition; Exhibit 10 to Exhibit A - First Amended Petition; Exhibit 11 to Exhibit A - First Amended Petition; Exhibit 12 to Exhibit A - First Amended Petition; Exhibit 13 to Exhibit A - First Amended Petition; Exhibit 14 to Exhibit A - First Amended Petition; Exhibit 15 to Exhibit A - First Amended Petition; Exhibit 16 to Exhibit A - First Amended Petition; Exhibit 17 to Exhibit A - First Amended Petition; Exhibit 18 to Exhibit A - First Amended Petition; Exhibit 19 to Exhibit A - First Amended Petition; Exhibit 20 to Exhibit A - First Amended Petition; Exhibit 21 to Exhibit A - First Amended Petition; Exhibit 22 to Exhibit A - First Amended Petition; Exhibit 23 to Exhibit A - First Amended Petition; Exhibit 24 to Exhibit A - First Amended Petition; Exhibit 25 to Exhibit A - First Amended Petition; Exhibit 26 to Exhibit A - First Amended Petition; Exhibit 27 to Exhibit A - First Amended Petition; Exhibit 28 to Exhibit A - First Amended Petition; Exhibit 29 to Exhibit A - First Amended Petition; Exhibit 30 to Exhibit A - First Amended Petition; Exhibit 31 to Exhibit A - First Amended Petition; Exhibit 32 to Exhibit A - First Amended Petition; Exhibit 33 to Exhibit A - First Amended Petition; Exhibit 34 to Exhibit A - First Amended Petition; Exhibit 35 to Exhibit A - First Amended Petition; Exhibit 36 to Exhibit A - First Amended Petition; Exhibit 37 to Exhibit A - First Amended Petition; Exhibit 38 to Exhibit A - First Amended Petition; Electronic Filing Certificate of Service.
  **Filed By:** PATRICK JOSEPH STUEVE
  **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**10/12/2022**  ☐ **Order**
At request of Plaintiff, cause set for hearing on Plaintiff's Motion for Leave to File Amended Petition on 11-7-22 at 1:30 p.m. in Division 4. JCD/IV (rl)

**10/13/2022** ☐ **Request for Hearing**

Request for Hearing on Plaintiffs Motion for Leave to File Amended Petition; Electronic Filing Certificate of Service. **THIS HEARING WAS SET BY THE JUDGE FOR NOVEMBER 7, 2022 PRIOR TO REQUEST FOR HEARING BEING FILED**

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**10/14/2022** ☐ **Motion Hearing Scheduled**

Hearing on Plaintiff's motion for leave to file amended petition

    **Associated Entries: 11/02/2022 - Hearing/Trial Cancelled**

    **Scheduled For:** 11/07/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

**10/19/2022** ☐ **Entry of Appearance Filed**

Notice of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** REED THOMAS WARBURTON

    **On Behalf Of:** CORIZON HEALTH INC- CT CORP, CORIZON, LLC

**10/28/2022** ☐ **Certificate of Service**

Certificate of Service of Discovery Requests; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**10/31/2022** ☐ **Motion for Discovery**

Plaintiffs Motion for Expedited Discovery; Ex. 1; Ex. 2; Ex. 3; Ex. 4; Ex. 5; Ex. 6; Ex. 7; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Notice of Hearing Filed**

Plaintiffs Notice of Hearing on Plaintiffs Motion for Expedited Discovery; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**11/02/2022** ☐ **Amended Notice of Hrng Filed**

Joint Notice Resetting Hearing on Plaintiffs Motion for Expedited Discovery; Electronic Filing Certificate of Service.

    **Filed By:** ETHAN MICHAEL LANGE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Proposed Order Filed**

Agreed Order Granting Plaintiffs Motion for Leave to File Amended Petition and Canceling Hearing Thereon; Electronic Filing Certificate of Service.

    **Filed By:** ETHAN MICHAEL LANGE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Motion Hearing Scheduled**

    **Associated Entries: 11/14/2022 - Hearing Held** 🔲

    **Scheduled For:** 11/14/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

☐ **Order**

Per the Joint NOH filed 11-2-22, the hearing currently set in this case for 11-7-22 is cancelled and reset for 11-14-22 at 1:30 p.m. in Division 4. JCD/IV (rl)

☐ **Hearing/Trial Cancelled**

    **Scheduled For:** 11/07/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

☐ **Order**

**11/03/2022** ☐ **Amended Motion/Petition Filed**

First Amended Petition; Exhibits 1-10; Exhibits 11-20; Exhibits 21-30; Exhibit 31-38; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

    ☐ **Note to Clerk eFiling**

    **Filed By:** PATRICK JOSEPH STUEVE

**11/04/2022** ☐ **Summons Issued-Circuit**

Document ID: 22-SMCC-1045, for CHS TX, INC. Attorneys are to print two copies of summons and issue for service.

    ☐ **Summons Issued-Circuit**

Document ID: 22-SMOS-164, for YESCARE CORP. Attorneys are to print two copies of summons and issue for service.

**11/11/2022** ☐ **Response Filed**

Corizon Health Inc., Response in Opposition to Plfs Motion to Expedite Discovery; Exhibit A - Plfs First Set of Discovery; Exhibit B - Corizon Response to Plfs First Discovery; Exhibit C - 8-26-22 Email Chain; Exhibit D - 9-8-22 Email Requesting Extension; Exhibit E - 10-24-22 Email from Plfs Counsel; Exhibit F - Case Docket; Exhibit G - 10-28-22 Letter from Plfs Counsel; Exhibit H - Plfs Second Set Discovery; Exhibit I - Plfs Motion to Expedite Discovery; Exhibit J - 11-2-22 RTW letter to Plfs Counsel; Electronic Filing Certificate of Service.

    **Filed By:** REED THOMAS WARBURTON

    **On Behalf Of:** CORIZON HEALTH INC- CT CORP

**11/14/2022** ☐ **Suggestions in Opposition**

CHS TX, INC.S OPPOSITION TO MOTION TO EXPEDITE DISCOVERY; Electronic Filing Certificate of Service.

    **Filed By:** PHILIP ALLEN CANTWELL

    **On Behalf Of:** CHS TX, INC

    ☐ **Reply**

Plaintiffs Reply in Support of Its Motion for Expedited Discovery; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

    ☐ **Hearing Held**

Plaintiffs by Stueve, Lange, and Kane. Defendant CHS TX, Inc. appears by Cantwell. Defendant Corizon Health Inc. does not appear. Defendant YesCare does not appear, but has only been served recently. Plaintiff's Motion for Expedited Discovery is granted in part and denied in part. Defendant CHS TX, Inc. shall respond to Plaintiff's First Requests for Production by no later than 12-7-22. Plaintiff's motion is denied in all respects at this time. Case reset for hearing on 11-21-22 at 1:30 p.m. regarding issues raised in Plaintiff's Motion with respect to YesCare. JCD/IV (rl)

    **Scheduled For:** 11/14/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

    ☐ **Motion Hearing Scheduled**

    **Associated Entries:** 11/21/2022 - Order

    **Scheduled For:** 11/21/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

**11/15/2022** ☐ **Notice of Service**

Affidavit of Service on CHS TX, Inc.; Electronic Filing Certificate of Service.

    **Filed By:** PATRICK JOSEPH STUEVE

    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

    ☐ **Entry of Appearance Filed**

Entry of Appearance of Philip A. Cantwell; Electronic Filing Certificate of Service.

**11/16/2022** ☐ <u>Corporation Served</u>

Document ID - 22-SMCC-1045; Served To - null CHS TX, INC; Served Date - 11/07/2022; Served Time - 14:35:00; Service Type - SD; Reason Description - SERV; Service Text -

☐ <u>Amended Answer Filed</u>

Tehum Care Services, Inc. dba Corizon Health, Inc, Answer to First Amended Petition; Electronic Filing Certificate of Service.
**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON HEALTH INC- CT CORP

**11/17/2022** ☐ <u>Notice of Service</u>

Affidavit of Service on YesCare Corp.; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ <u>Corporation Served</u>

Document ID - 22-SMOS-164; Served To - null YESCARE CORP; Served Date - 11/09/2022; Served Time - 13:22:00; Service Type - OS; Reason Description - SERV; Service Text -

**11/21/2022** ☐ <u>Response Filed</u>

CHS TX, INC. AND YESCARE CORP.S OPPOSITION TO MOTION TO EXPEDITE DISCOVERY; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ <u>Entry of Appearance Filed</u>

Entry of Appearance of Philip A. Cantwell; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** YESCARE CORP

☐ <u>Entry of Appearance Filed</u>

Entry of Appearance of Robyn Parkinson; Electronic Filing Certificate of Service.
**Filed By:** ROBYN LANE PARKINSON
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ Order

Plaintiffs by Kane. Defendants CHS TX, Inc. and YesCare Corp. by Cantwell. The Corizon Defendants do not appear. Parties heard regarding Plaintiff's Motion for Expedited Discovery as it relates to YesCare Corp. Said motion is granted in part. Defendant YesCare Corp shall respond to Plaintiff's First Requests for Production by no later than 12-9-22, and shall respond to Plaintiff's First Requests for Admissions by no later than 12-27-22. Case continued generally. JCD/IV rl
**Associated Entries:** 11/14/2022 - Hearing Held 🔳
**Associated Entries:** 11/14/2022 - Motion Hearing Scheduled
**Scheduled For:** 11/21/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

**12/08/2022** ☐ <u>Stipulation Filed</u>

Stipulated Protective Order; Electronic Filing Certificate of Service.
**Filed By:** JORDAN A KANE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**12/09/2022** ☐ <u>Motion Filed</u>

Motion for Admission Pro Hac Vice of Samuel P. Hershey; Ex. A -Receipt; Ex. B -Certificate of Good Standing; Proposed Order; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ Order

Stipulated protective order

☐ **Motion to Dismiss**

CHS TX and YesCare Corp. Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.

**Filed By:** PHILIP ALLEN CANTWELL

**On Behalf Of:** YESCARE CORP

☐ **Suggestions in Support**

CHS TX and YesCare Corp. Suggestions in Support of Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.

**Filed By:** PHILIP ALLEN CANTWELL

**On Behalf Of:** CHS TX, INC

**12/12/2022**  ☐ **Order**

Order granting Pro Hac Vice admission of Atty Hershey.

**12/16/2022**  ☐ **Answer Filed**

Corizon Health, Inc.s Answer to Plaintiffs First Amended Petition; Electronic Filing Certificate of Service.

**Filed By:** REED THOMAS WARBURTON

**On Behalf Of:** CORIZON, LLC

**12/20/2022**  ☐ **Motion for Leave**

Plaintiffs Motion for Leave to File Under Seal Plaintiffs Motion for Preliminary Injunction and Certain Exhibits; Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE

**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Order**

For the reasons stated therein, Plaintiffs' Motion for Leave to File Under Seal dated 12-20-22 is granted. Accordingly, Plaintiffs' are granted leave to file at the highest security level their Motion for Preliminary Injunction, as well as Exhibits 16-18, 23, 25-30, 33-45, 47, 63, 68, and 77 thereto. To facilitate this filing at the highest security level, counsel for Plaintiffs should contact the Civil Division of the Boone County Clerk's Office prior to or upon filing of the foregoing pleading and exhibits. JCD/IV (rl)

☐ **Motion Filed**

Plaintiffs Motion for Preliminary Injunction; Exhibits 16, 17, 18, 23; Exhibits 25, 26; Exhibit 27; Exhibit 28; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE

**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Note to Clerk eFiling**

**Filed By:** PATRICK JOSEPH STUEVE

☐ **Exhibit Filed**

Exhibits 29, 30, 33-45, 47 to Plaintiffs Motion for Preliminary Injunction Under Seal; Exhibits 63, 68, 77 to Plaintiffs Motion for Preliminary Injunction Under Seal; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE

**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Note to Clerk eFiling**

**Filed By:** PATRICK JOSEPH STUEVE

☐ **Exhibit Filed**

Exhibits 1-12 to Plaintiffs Motion for Preliminary Injunction; Exhibit 13 to Plaintiffs Motion for Preliminary Injunction; Exhibits 14, 15, 19, 20, 21 to Plaintiffs Motion for Preliminary Injunction; Exhibits 22, 24, 31, 32 to Plaintiffs Motion for Preliminary Injunction; Exhibit 46 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE

**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Exhibit Filed**

Exhibits 48, 49 to Plaintiffs Motion for Preliminary Injunction; Exhibits 50-52 to Plaintiffs Motion for Preliminary Injunction; Exhibit 53 to Plaintiffs Motion for Preliminary Injunction; Exhibits 54-58 to Plaintiffs Motion for Preliminary Injunction; Exhibits 59-62, 64-67, 69-76 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
> **Filed By:** PATRICK JOSEPH STUEVE
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Exhibit Filed**

Exhibits 78-81 to Plaintiffs Motion for Preliminary Injunction; Exhibits 82-86 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
> **Filed By:** PATRICK JOSEPH STUEVE
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Request for Hearing**

Plaintiffs Request for Hearing on Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
> **Filed By:** PATRICK JOSEPH STUEVE
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Request for Notc of Hrg Filed**

Request for Hearing on Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.
> **Filed By:** PHILIP ALLEN CANTWELL
> **On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Notice of Hearing Filed**

Opposition to Plaintiffs 12.28; Electronic Filing Certificate of Service.
> **Filed By:** PHILIP ALLEN CANTWELL
> **On Behalf Of:** CHS TX, INC, YESCARE CORP

**12/21/2022**  ☐ **Judge/Clerk - Note**

hearing requested has not been set, Division unavailable.

**12/23/2022**  ☐ **Order**

By agreement of the parties, this case is set for hearing on Plaintiffs' Motion for Preliminary Injunction, as well as any other pending motions, on February 9, 2023 at 9:00 a.m. in Division 4. JCD/IV (tk)

☐ **Motion Hearing Scheduled**

> **Associated Entries: 02/10/2023 - Hearing Held**  🔳
> **Scheduled For:** 02/09/2023;  9:00 AM ;  JOSHUA CALVIN DEVINE;  Boone

**01/05/2023**  ☐ **Proposed Order Filed**

Proposed Order granting the parties briefing schedule; Electronic Filing Certificate of Service.
> **Filed By:** JORDAN A KANE
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**01/09/2023**  ☐ **Order**

order granting briefing schedule

**01/20/2023**  ☐ **Motion Filed**

Defendants Motion for Leave to File Under Seal Its Suggestions In Support of Its Opposition to Plaintiffs Motion for Preliminary Injunction and Exh A thereto; Electronic Filing Certificate of Service.
> **Filed By:** REED THOMAS WARBURTON
> **On Behalf Of:** CORIZON, LLC

☐ **Motion for Leave**

CHS TX, INC. AND YESCARE CORP.S MOTION FOR LEAVE TO FILE UNDER SEAL THEIR OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION AND ANY EXHIBITS DESIGNAT; Electronic Filing Certificate of Service.

On Behalf Of: CHS TX, INC, YESCARE CORP

☐ **Proposed Order Filed**

Proposed Order Granting Motion for Leave to File Under Seal; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Response Filed**

Plaintiffs Opposition to CHS TX, INC. and YesCare Corp.s Motion to Dismiss Plaintiffs Amended Petition; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

| 01/22/2023 | ☐ **Order** |
|---|---|

Before the Court are Defendants' separate Motions for Leave to File Under Seal filed 1-20-23. For good cause shown, and due to the confidential information referenced therein, said motions are GRANTED. Accordingly, Defendants are hereby granted leave to file at Security Level 3 their respective oppositions to Plaintiffs? Motion for Preliminary Injunction, as well as any exhibits thereto designated as "confidential". Counsel for Defendants shall contact the Civil Division of the Boone County Circuit Clerk's Office by telephone in order to facilitate the filing of the aforementioned pleadings and exhibits at Security Level 3. JCD/IV (rl)

| 01/23/2023 | ☐ 🗎 **Response Filed** |
|---|---|

CHS TX, Inc. and Yescare Corp.s Opposition to Plaintiffs Motion for Preliminary Injunction Filed Under Seal; Exhibit 1 - Sholey Affidavit Filed Under Seal; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Note to Clerk eFiling**

**Filed By:** PHILIP ALLEN CANTWELL

☐ 🗎 **Response Filed**

Tehum Care dba Corizon Healths Suggestions In Support of Its Opposition to Plaintiffs Motion for Preliminary Injunction; Exhibit A; Electronic Filing Certificate of Service.
**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON, LLC

☐ **Note to Clerk eFiling**

**Filed By:** REED THOMAS WARBURTON

| 01/27/2023 | ☐ **Motion for Leave** |
|---|---|

Plaintiffs Motion for Leave to File Under Seal Plaintiffs Reply in Support of Their Motion for Preliminary Injunction and Certain Exhibits; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

| 01/30/2023 | ☐ **Order** |
|---|---|

Before the Court is Plaintiffs' Motion for Leave to File Under Seal filed 1-27-23. For good cause shown, and due to the confidential information referenced therein, said motion is GRANTED. Accordingly, Plaintiff is hereby granted leave to file at Security Level 3 its Reply in Support of their Motion for Preliminary Injunction, as well as any exhibits thereto designated as "confidential". Counsel for Plaintiff shall contact the Civil Division of the Boone County Circuit Clerk's Office by telephone in order to facilitate the filing of the aforementioned pleading and exhibits at Security Level 3 JCD/IV (rl)

☐ 🗎 **Reply**

Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 95 Under Seal; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

     **Filed By:** PATRICK JOSEPH STUEVE

☐ 🔒 **Exhibit Filed**

Ex. 87 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 88 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 89 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 90 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 91 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 92 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 93 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 94 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Electronic Filing Certificate of Service.

     **Filed By:** PATRICK JOSEPH STUEVE

     **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Reply**

CHS TX, INC. and Yescare Corp.s Reply in Support of Their Motion to Dismiss Plaintiffs Amended Petition; Electronic Filing Certificate of Service.

     **Filed By:** PHILIP ALLEN CANTWELL

     **On Behalf Of:** CHS TX, INC, YESCARE CORP

**02/10/2023**   ☐ **Hearing Held**

Plaintiffs by Stueve, Lange, and Kane. The Corizon Defendants by Warburton. Defendants CHS TX, Inc. and YesCare Corp. by Cantwell, Parkinson, and Hershey. Parties heard regarding Defendants CHS TX, Inc. and YesCare Corp.'s Motion to Dismiss filed 12-9-22. After due consideration of the pleadings and the arguments of counsel, and being fully advised in the premises, said motion is DENIED. Parties heard regarding Plaintiffs' Motion for Preliminary Injunction filed 12-20-22. Evidence adduced. Said motion is taken under advisement by the Court for future ruling. Parties granted leave of up to an including 2-10-23 at 5:00 p.m. to file any proposed orders regarding the preliminary injunction motion. JCD/IV (rl)

     **Scheduled For:** 02/09/2023; 9:00 AM ; JOSHUA CALVIN DEVINE; Boone